## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY DOWD** | **CIVIL ACTION** |
| **v.** | **NO. 19-1981** |
| **THE CITY OF PHILADELPHIA** *doing business as Philadelphia Department of Corrections* | |

### ORDER

**AND NOW** this 10th day of April, 2020, upon consideration of Plaintiff's Motion to Vacate Dismissal and Consolidate and to Extend Discovery Deadline by 60 Days, (ECF 16), the responses thereto, (ECF 21, 26), the arguments of counsel, and the supplemental briefing, (ECF 34, 35), for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the outstanding portion of Plaintiff's Motion to Vacate Dismissal and Consolidate is **DENIED**.

**BY THIS COURT:**

**s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 19\19-1981 Dowd v City of Phila\19cv1981 Order 04102020.doc