IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY DOWD<br><br>v.<br><br>**THE CITY OF PHILADELPHIA** *doing business as Philadelphia Department of Corrections* | **CIVIL ACTION**<br><br>NO. 19-1981 |
|---|---|

## ORDER

**AND NOW**, this 4th day of August, 2020, upon consideration of the City's Motion for Summary Judgment (ECF 38), Plaintiff's Response in Opposition (ECF 41), the City's Reply (ECF 42), Plaintiff's Surreply (ECF 45), as well as the arguments of counsel, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The City's Motion for Summary Judgment on **Counts I** and **III** of the Complaint is **GRANTED**; and

2. The City's Motion for Summary Judgment on **Counts II**, **IV**, and **V** of the Complaint is **GRANTED** insofar as it relates to a claim of a Hostile Work Environment, but is otherwise **DENIED**.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-1981 Dowd v City of Phila\19cv1981 Order re Motion for Summary Judgment.docx