IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY DOWD | CIVIL ACTION |
|---|---|
| v. | NO. 19-1981 |
| THE CITY OF PHILADELPHIA | |

### ORDER RE MOTION FOR A NEW TRIAL

**AND NOW**, this 2nd day of August, 2021, after careful consideration of Plaintiff Anthony Dowd's Motion for a New Trial (ECF 99) and Defendant City of Philadelphia's Response (ECF 101), for the reasons stated in the attached Memorandum, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 19\19-1981 Dowd v City of Phila\19cv1981 Order re Motion for a New Trial.doc